THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00302-MR-DCK

| | |
|---|---|
| IRENE C. STOWE, ) ) Plaintiff, ) ) vs. ) ) ) CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) ) Defendant. ) _____ ) | **JUDGMENT** |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Judgment on the Pleadings is **GRANTED IN PART** and **DENIED IN PART**; the Defendant's Motion for Summary Judgment is **DENIED**; the Commissioner's decision is **REVERSED**; and this case is hereby **REMANDED** to the Commissioner for further administrative action consistent with the Order filed herewith.

Signed: March 20, 2013

Martin Reidinger
United States District Judge